KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Chaunte Arlene Bailey

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| Chaunte Arlene Bailey**,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Equifax Information Services, LLC; TransUnion, LLC; Nationstar Mortgage, LLC d/b/a Mr. Cooper; Rogue Credit Union; and DOES 1 through 100 inclusive**,**<br><br>　　　　　Defendants. | CASE NO.  1:20-cv-01372-CL<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT ROGUE CREDIT UNION PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Chaunte Arlene Bailey, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant Rogue Credit Union, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)　　By the Plaintiff

　　(A)　　Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

     Defendant Rogue Credit Union have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Rogue Credit Union may be dismissed from the Complaint for all purposes and without an Order.

                                                                   **PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated:  October 2, 2020                  By:    */s/ Kyle W. Schumacher*
                                                                   Kyle W. Schumacher
                                                                   Attorney for Plaintiff